DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2013

| 489P13 | Nicholas Burnham v. S & L Sawmill, Inc., Randy D. Miller Lumber Company, Inc., and Randy D. Miller, Janet B. Miller and Ryan Miller, Individually and as Officers and Sole Owners of the Corporation | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1581) | Denied |
|---|---|---|---|
| 491P13 | State v. Jonathan Conlanges Boykin | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-487) | Denied |
| 493P13 | State v. Jasmine Antoinette Lewis | 1. Def's Motion for Temporary Stay<br><br>2. Def's Petition for *Writ of Supersedeas*<br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **10/04/2013** Dissolved **12/18/2013**<br>2. Denied<br>3. Denied |
| 495P13 | State v. Terry L. Long | Def's *Pro Se* Petition for *Writ of Mandamus* (COAP13-738) | Denied |
| 496P13 | State v. Sheila Ann Carter | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1550) | Denied |
| 497P13 | State v. Parnell Monroe, III | Def's PDR Under N.C.G.S. § 7A-31 (COA13-232) | Denied |
| 499P13 | State v. Thomas Howard Grooms, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1183) | Denied |